## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRED J. DE LA COTERA, D.D.S., individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 1:20-cv-05036 |
| v. | ) ) |
| NOAH ASSOCIATES INCORPORATED, a Wisconsin corporation, | ) ) ) |
| Defendant. | ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, FRED J. DE LA COTERA, D.D.S., through his undersigned attorneys, hereby dismisses this action with prejudice, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

FRED J. DE LA COTERA, D.D.S.

By: s/ Ryan M. Kelly
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
rkelly@andersonwanca.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2020, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/Ryan M. Kelly